UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ERNEST JORD GUARDADO,

      Plaintiff,

    v.

JAMES DZURENDA, *et al.*,

      Defendants.

Case No. 2:18-cv-00198-GMN-VCF

ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR ERNEST JORD GUARDADO, #79950

The Court has scheduled a hearing,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of **ERNEST JORD GUARDADO,** #79950**,** before Chief United States District Judge Gloria M. Navarro at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Tuesday, October 9, 2018, at the hour of 10:00 a.m., for a hearing and any further proceedings and from time to time and day to day thereafter, until excused by the Court.

DATED: **September 26, 2018**.

_____

**GLORIA M. NAVARRO**
**CHIEF JUDGE, U.S. DISTRICT COURT**