UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST JORD GUARDADO,<br><br>　　　　　　　　Plaintiff<br><br>v.<br><br>STATE OF NEVADA et al.,<br><br>　　　　　　　　Defendants | Case No. 2:18-cv-00198-GMN-VCF<br><br>ORDER |

On August 29, 2018, this Court entered a screening order staying the case for 90 days and directing the Attorney General's Office to file a status report at the end of the stay. (ECF No. 4 at 9). The stay ended on November 27, 2018 and the Attorney General's Office has not filed its status report. The Attorney General's Office shall file its status report on or before Wednesday, December 5, 2018.

For the foregoing reasons, it is ordered that the Attorney General's Office shall file its status report on or before Wednesday, December 5, 2018.

DATED THIS 28th day of November 2018.

_____
UNITED STATES MAGISTRATE JUDGE