# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ERNEST JORD GUARDADO,

    Plaintiff,

vs.

STATE OF NEVADA, *et al.*,

    Defendants.

2:18-cv-00198-GMN-VCF

**ORDER**

Before the court is Plaintiff's Motion for Order Compelling Discovery (ECF NO. 100).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion for Order Compelling Discovery (ECF NO. 100) is scheduled for 10:00 AM, February 27, 2020, in Courtroom 3D.

IT IS FURTHER ORDERED that Defendants arrange for the transportation of Ernest Jord Guardado to and from the hearing on February 27, 2020.

DATED this 30th day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE