# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ERNEST JORD GUARDADO,

    Plaintiff,

vs.

STATE OF NEVADA, *et al.*,

    Defendants.

2:18-cv-00198-GMN-VCF

**ORDER**

Before the court are Plaintiff's Motions for Copy (ECF NO. 120 and 123).

Plaintiff is requesting a copy of his response to the motion for summary judgment (ECF NO. 117) and Notice re Defendant's Failure to Comply (ECF NO. 122).

He is under lockdown and has not been able to access the law library to make copies. *Id.*

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motions for Copy (ECF NO. 120 and 123) are GRANTED.

The clerk's office is directed to mail Plaintiff a copy of ECF NO. 117 and 122.

DATED this 24th day of April, 2020.

                                                            _____
                                                            CAM FERENBACH
                                                            UNITED STATES MAGISTRATE JUDGE