# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ERNEST JORD GUARDADO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:18-cv-00198-GMN-VCF |
| vs. | ) | |
| | ) | **ORDER** |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court are pro se Plaintiff Ernest Guardado's ("Plaintiff") Motion for Extension of Time to File Motion for Reconsideration, (ECF No. 144), and Motion for Appointment of Attorney, (ECF No. 145), to assist in preparing a motion for reconsideration. On October 20, 2020, Plaintiff filed his Motion for Reconsideration, (ECF No. 146), thereby eliminating the need for the relief requested in Plaintiff's Motions, (ECF Nos. 144, 145).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time, (ECF No. 144), and Motion for Appointment of Attorney, (ECF No. 145), are **DENIED as moot**.

**DATED** this _20_ day of October, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court